**No. 08-1472. USA Mobility Wireless, Inc., Petitioner v. Jerilyn Quon, et al.**

559 U.S. 963, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1049.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1091, 130 S. Ct. 1011, 175 L. Ed. 2d 618, 2009 U.S. LEXIS 9132.

**No. 08-10404. James R. Fultz, Petitioner v. State Farm Mutual Automobile Insurance Company.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1085.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 838, 130 S. Ct. 89, 175 L. Ed. 2d 61, 2009 U.S. LEXIS 5220.

**No. 08-10506. Regina Darlene Garrett, Petitioner v. Mississippi.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1094.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 842, 130 S. Ct. 100, 175 L. Ed. 2d 67, 2009 U.S. LEXIS 5197.

**No. 09-325. Alexandre Aronov, Petitioner v. Janet Napolitano, Secretary of Homeland Security, et al.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1067.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1147, 130 S. Ct. 1137, 175 L. Ed. 2d 972, 2010 U.S. LEXIS 648.

**No. 09-405. United States ex rel. Bruce Darian, Petitioner v. Accent Builders, Inc., et al.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1044.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1076, 130 S. Ct. 801, 175 L. Ed. 2d 560, 2009 U.S. LEXIS 8755.

**No. 09-406. United States ex rel. Bruce Darian, Petitioner v. David J. Pasternak, et al.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1069.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1077, 130 S. Ct. 801, 175 L. Ed. 2d 560, 2009 U.S. LEXIS 8788.

**No. 09-5027. Michael McNeill, Petitioner v. Frank Stamper, et al.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1045.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1051, 130 S. Ct. 736, 175 L. Ed. 2d 519, 2009 U.S. LEXIS 8617.

**No. 09-5694. Robert L. Bolden, Sr., Petitioner v. United States.**

559 U.S. 964, 130 S. Ct. 1571, 176 L. Ed. 2d 154, 2010 U.S. LEXIS 1052.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1077, 130 S. Ct. 796, 175 L. Ed. 2d 561, 2009 U.S. LEXIS 8753.